UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Whitney Stowe v. Bayer Corporation, et al.* | No. 13-cv-20020-DRH |
| *Lynne Sturgeon, a representative of Lauren E. Sturgeon, deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10433-DRH |
| *Tracy M. Suero v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11873-DRH |
| *Danielle Summers v. Bayer Corporation, et al.* | No. 12-cv-11638-DRH |
| *Donald A. Swierenga, as personal representative of the Estate of Sue A. Swierenga, deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11683-DRH |
| *Jasmine Thompson v. Bayer Corporation, et al.* | No. 09-cv-10173-DRH |
| *Beth Thumm v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 15-yz-00228-DRH |
| *Lismarie Torres v. Bayer Corporation, et al.* | No. 12-cv-11509-DRH |
| *Michelle Toutges v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10362-DRH |
| *Kaylee Jean Tower v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12374-DRH |
| *Katie Ann Tusset v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11089-DRH |
| *Claudette Valdez, as Next Friend of M.N.L. v.* | No. 12-cv-10491-DRH |

*Bayer Corporation, et al.*

| | |
|---|---|
| *Michelle Van Raalte v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10078-DRH |
| *Tonya Villneurve v. Bayer Corporation, et al.* | No. 14-cv-10050-DRH |
| *Gloria Voisin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10298-DRH |
| *Dawn Voss v. Bayer Corporation, et al.* | No. 09-cv-10187-DRH |
| *Helen Vouniozos v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10388-DRH |
| *Tara Walcott v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10911-DRH |
| *Marlena Wallenhorst v. Bayer Corporation, et al.* | No. 13-cv-10050-DRH |
| *Marina Walters v. Bayer Corporation, et al.* | No. 12-cv-10924-DRH |
| *Christina Ward v. Bayer Corporation, et al.* | No. 09-cv-10160-DRH |
| *Renee Wells v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10324-DRH |
| *Theresa Wenslawski v. Bayer Corporation, et al.* | No. 10-cv-10110-DRH |
| *Antwanette Wester v. Bayer Corporation, et al.* | No. 12-cv-10500-DRH |
| *Dana White v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12190-DRH |
| *John S. Whitmeyer, Individually and as Administrator of the Estate of Erin E. Whitmeyer, Deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10377-DRH |
| *Candace Wilk v. Bayer Corporation, et al.* | No. 11-cv-10604-DRH |
| *Rosella Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12319-DRH |
| *Samara Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12832-DRH |

| | |
|---|---|
| *Trena Williams v. Bayer Corporation, et al.* | No. 10-cv-13057-DRH |
| *Jenny Willis v. Bayer Schering Pharma AG, et al.* | No. 10-cv-11312-DRH |
| *Brennetta Wilson v. Bayer Schering Pharma AG, et al.* | No. 10-cv-11313-DRH |
| *Marcene R. Wood, et al. v. Bayer Corporation, et al.* | No. 12-cv-11351-DRH |
| *Natasha Woods v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11338-DRH |
| *Charmayne Wren v. Bayer Corporation, et al.* | No. 10-cv-20538-DRH |
| *Angela Wright, et al. v. Bayer Corporation, et al.* | No. 12-cv-20104-DRH |
| *Raida Yaldo v. Bayer Corporation, et al.* | No. 12-cv-11272-DRH |
| *Brittni Ybright v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10742-DRH |
| *Nicole York, et al. v. Bayer Corporation, et al.* | No. 14-cv-10051-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN, ACTING CLERK OF COURT**

Digitally signed by Judge David R. Herndon
Date: 2016.01.13 09:13:59 -06'00'

BY: /s/*Caitlin Fischer*
    **Deputy Clerk**

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

3